UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KING PHARMACEUTICALS, INC.;<br>KING PHARMACEUTICALS<br>RESEARCH AND DEVELOPMENT, INC.;<br>and WYETH<br><br>          Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>          Defendant. | Civil Action No. 05-3855 (JAP)<br><br>**AMENDED ORDER**[1] |

For the reasons expressed in the accompanying opinion dated January 20, 2006, IT IS ON this 8th day of March 2006,

ORDERED that Defendant's Motion to Dismiss is DENIED; and it is further

ORDERED that, because the Court concludes that this Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from this Order may materially advance the ultimate termination of the litigation, this Order be and hereby is certified to meet the requirements of 28 U.S.C. § 1292(b); and it is further

ORDERED that, in the interests of judicial economy and conserving the resources of the parties, the Court imposes a stay of the proceedings before this Court as to all parties pending resolution of any application to the Court of Appeals for leave to file an appeal and until such

---

[1] This Amended Order amends the Court's Order of January 20, 2006.

time as further order of this Court is issued.

      Accordingly, this case is administratively terminated.

SO ORDERED.

s/ Joel A. Pisano<br>
JOEL A. PISANO, U.S.D.J.

| | |
|---|---|
| Original: | Clerk of the Court |
| cc: | All parties |
| | Magistrate Judge Arleo |
| | File |